UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:   04-CR-00354-JO |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANT'S MOTION FOR RELEASE OF PROBATION RECORDS |
| GERARDO CASILLAS-RODRIGUEZ, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Motion for Release of Records is granted. United States Probation Department for the Southern District of California shall produce to Barbara Zalewski-Zaragoza, Federal Defenders of San Diego, Inc., copies of all records underlying the allegations in the petition, including police reports and conviction records.

**IT IS SO ORDERED.**

Dated: 1/31/2023

**Honorable Daniel E. Butcher**
United States Magistrate Judge